UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CURTIS MARTIN,**

    **Plaintiff,**

vs.                                                                        Case No. 8:13-cv-00349-T-27TGW

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 16) from the Magistrate Judge recommending that the decision of the Commissioner be affirmed. No objections have been filed and the time for filing such objections has now elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 16) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. The

decision of the Commissioner is **AFFIRMED**. The Clerk is directed to **ENTER** final judgment in favor of Defendant Carolyn W. Colvin, and to **CLOSE** the file.

      **DONE AND ORDERED** this ___7th___ day of January, 2014.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to: Counsel of record